# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00336-JCM-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| MARY ANN WATTS, | |
| Defendant. | |

Having reviewed the Government's Motion to Delay Entry of Final Restitution Order and good cause so appearing under 18 U.S.C. § 3664(d)(5), it is hereby ORDERED that the entry of the final restitution order for the above-captioned defendant is continued until the sentencing of Leon Benzer, scheduled for August 3, 2015. Within five Court days of that sentencing, counsel for the Government shall submit to the Court final restitution orders for the above-captioned defendant.

**DATED** June 19, 2015.

_____
UNITED STATES DISTRICT JUDGE