# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Case No. 2:11-cr-00336-JCM-GWF |
| MARY ANN WATTS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## AMENDED ORDER

This matter comes before the Court on the Defendant's motion to temporarily amend the condition of probation restricting Mary Ann Watts travel to within Nevada. For the reasons stated in the Defendant's motion and for good cause shown, the Defendant's motion to amend said condition of probation is hereby granted, and it is **ORDERED** that MARY ANN WATTS be allowed to travel to Oklahoma on or about October 22, 2015 to attend her 50th High School reunion October 23-25, 2015 and return to Las Vegas no later than October 27, 2015.

DATED August 28, 2015.

_____
United States District Judge